IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

DR. JOHN SEARS and JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-114-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____          _____
Peter Oppeneer, Clerk of Court            3/4/10
                                                                         Date